**FILED**

JAN 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REVISED DATE 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
D.C. DIVISION

NO. _____
(leave this space blank)

ANDRE LAMAR WOODY ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED #0452683
POB 129, Windsor, NC 27983
_____
(enter full names of each plaintiff(s))   V.

UNITED STATES OF AMERICA
JAMES C. DEVER III
STATE OF NORTH CAROLINA
MICHAEL F. EASLEY
LEXIS PUBLISHING
NANCY S. NASH
(enter full names of each defendant(s))

Inmate Number 0452683

Case: 1:08-cv-00048
Assigned To : Unassigned
Assign. Date : 1/11/2008
Description: Pro Se General Civil

*************************************************************************

I.  HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES (X)  NO ( )

If your answer is YES, describe the former lawsuit in the space provided below:

_____
_____
_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES (X)  NO ( )

If your answer is YES:

1. What steps did you take? SENT RIGHT TO SUE LETTER TO DEFENDANTS' ATTORNEYS.

2. What was the result? (Attach copies of grievances or other supporting documentation.)
RECEIVED RESPONSES

RECEIVED
DEC 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REVISED DATE 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

__✓__ I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

   A. Name of Plaintiff: **ANDRE LAMAR WOODY**
   Name of Present Confinement: **BERTIE CORRECTIONAL INSTITUTE**
   Address of Present Confinement: **P.O. BOX 129 WINDSOR N.C. 27983**

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

   B. Defendant **UNITED STATES OF AMERICA**
   Position **FEDERAL GOVERNMENT**
   Employed at **WHITE HOUSE**
   Address **1600 PENNSYLVANIA AVE. WASHINGTON D.C.**
   Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

   C. Defendant **JAMES C. DEVER III**
   Position **U.S. DISTRICT COURT JUDGE**
   Employed at **U.S. DISTRICT COURT FOR EASTERN DISTRICT OF N.C.**
   Address **P.O. BOX 25670 RALEIGH N.C. 27611**
   Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

D.  Defendant STATE OF NORTH CAROLINA
    Position STATE GOVERNMENT
    Employed at STATE CAPITOL BLDG.
    Address P.O. BOX 629 RALEIGH N.C. 27602
    Capacity Sued: Both (X)

E.  Defendant GOVENOR OF NORTH CAROLINA MICHAEL F. EASLEY
    Position STATE GOVENOR
    Employed at STATE CAPITOL BLDG.
    Address P.O. BOX 629 RALEIGH N.C. 27602
    Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

F.  Defendant LEXIS PUBLISHING
    Position N.C. LEGAL AUTHOR
    Employed at N.C. STATE CAPITOL BLDG.
    Address P.O. BOX 7587 CHARLOTTSVILLE VA. 22906
    Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

G.  Defendant NANCY S. NASH
    Position ATTORNEY
    Employed at LEXIS PUBLISHING
    Address P.O. BOX 7587 CHARLOTTESVILLE VA. 22906
    Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

IV. STATEMENT OF CLAIM

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

THE DEFENDANTS STATE OF NORTH CAROLINA, MICHAEL F. EASLEY, LEXIS PUBLISHING AND NANCY S. NASH IN A CONSPIRACY PUBLISHED NORTH CAROLINA CRIMINAL PROCEDURE LEGAL MANUALS THAT INCORRECTLY STATE N.C.G.S. 14-7.1 BY SUBSTITUTING THE ESSENTIAL ELEMENTS OF THE HABITUAL FELON STATUTE WITH THE ELEMENTS OF THE HABITUAL FELON DECLARATION, RESULTING IN CLASS MEMBERS' ROUTINE CONVICTIONS FOR VIOLATING A DECLARATION, FOR A PERIOD BEGINING JANUARY 1, 1995 THROUGH THE DATE OF THIS COMPLAINT.

REVISED DATE 09/2001

THE DEFENDANTS UNITED STATES OF AMERICA AND JAMES C. DEVER III IN A CONSPIRACY DENIED THE ABOVE CLASS ACCESS TO THE COURT BY CITING CURABLE DEFECTS IN ABOVE COLORABLE PRO-SE 1983 COMPLAINT, BUT DENYING CLASS AN OPPORTUNITY TO AMEND ON NOVEMBER 9, 2007, BY DISMISSING COMPLAINT AS FRIVOLOUS.

V. **RELIEF SOUGHT BY PRISONER**

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

IMMEDIATE ISSUANCE OF DECLARATORY JUDGMENT - DECLARING ALL NORTH CAROLINA STATE PRISONERS CONVICTED OF VIOLATING N.C.G.S. 14-7.1 FROM JANUARY 1, 1995 THROUGH THE DATE OF THIS COMPLAINT AS ACTUALLY INNOCENT OF VIOLATING N.C.G.S. 14-7.1.

REVISED DATE 09/2001

SUMMARY JUDGMENT FOR PLAINTIFF CLASS FOR ALL COURT COST AND ATTORNEY FEES.

Signed this 9 day of DEC, 2007.

x _Amelie L. Woody_
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

DEC. 9, 2007
Date

x _Amelie L. Woody_
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDRE LAMAR WOODY ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY SITUATED
PLAINTIFFS

v.

UNITED STATES OF AMERICA AND ET., AL
DEFENDANTS

AFFIDAVIT OF EXHAUSTION OF ADMINISTRATIVE REMEDY MOTION: F.R.C.P

PETITIONER ABOVE SENT RIGHT TO SUE LETTERS TO THE DEFENDANTS GOVERNOR MICHAEL F. EASLEY AND LEXIS PUBLISHING ATTORNEYS ON OR ABOUT JULY 14, 2007 REQUESTING A VOLUNTARY RECALL OF ALL YEAR 1995 THROUGH 2007 EDITIONS OF NORTH CAROLINA CRIMINAL PROCEDURE LEGAL MANUALS BY LEXIS PUBLISHING DUE TO TEXTS INCORRECT STATEMENT OF N.C.G.S. 14-7.1.

PETITIONER SWEARS UNDER PENALTY OF PERJURY ABOVE DATA IS TRUE AND CORRECT DEC. 9, 2007.

08 0048

PRO-SE PETITIONER
ANDRE LAMAR WOODY
#0452683
P.O. BOX 129
WINDSOR N.C.
27983

FILED
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SIGNED x Andre L. Woody

P.(6)