**FILED**
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDRE LAMAR WILLODY
Plaintiff/Petitioner

V.

UNITED STATES OF AMERICA ET., AL
Defendant/Respondent

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

D.C. CASE NUMBER: __08 0048__
(leave this space blank)

I, __ANDRE LAMAR WILLODY__ declare that I am the (check appropriate box)

petitioner/plaintiff/movant      other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    (Yes)    No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __BERTIE CORRECTIONAL INSTITUTE__

   Are you employed at the institution?    (Yes)    No
   Do you receive any payment from the institution?    (Yes)    No
   **Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.**

2. Are you currently employed?    Yes    No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | Yes | (No) |
   | b. | Rent payments, interest or dividends | Yes | (No) |
   | c. | Pensions, annuities or life insurance payments | Yes | (No) |
   | d. | Disability or workers compensation payments | Yes | (No) |
   | e. | Gifts or inheritances | (Yes) | No |
   | f. | Any other sources | Yes | (No) |

RECEIVED
DEC 12 2007

Page 1 of 2

2

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive.
TOTAL OF $30 FROM SISTER FOR YEAR 2007 AND EXPECT TO CONTINUE TO RECEIVE OO.

4. Do you have **any** cash or checking or savings         Yes        (No)

   If "Yes," state the total        _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        Yes        (No)

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NONE

I declare under penalty of perjury that the above information is true and correct.

DEC. 9, 2007       x Andre L. Woody
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
IB30 0 0452683                                              CR70376   12/05/07 14:59:29
  IBSS030                          TRUST FUND ACCOUNT                 NC/DOC     PAGE 001
ACCT#:  0452683   NAME: WOODY, ANDRE L.                   TYPE: I - INMATE
FACL:  4880   CURR.BAL: $       0.95   CANTEEN LMT:   7.01 PER:           SALE: $   6.06
STATUS: A - ACTIVE  AS OF: 12/20/06    INDIGENT? N        TOTAL DEBT:         454.08
TOTAL HOLD AMOUNT:          0.00                          SPENDABLE BAL: $      0.95

ACT  DATE             TYPE      STA FACL      REF#        +/-     AMOUNT      BALANCE
   12/05/07    CASHLS CANT   P  4880     00440           - $       0.89 $       0.95
   12/03/07    CASHLS CANT   P  4880     00452           - $       5.17 $       1.84
   12/03/07    IJP PAYROLL   P  4880     20071201IC01    + $       7.00 $       7.01
   12/02/07    CASHLS CANT   P  4880     00024           - $       0.17 $       0.01
   12/02/07    CASHLS CANT   P  4880     00023           - $       1.11 $       0.18
   12/01/07    CASHLS CANT   P  4880     00111           - $       1.94 $       1.29
   11/30/07    CASHLS CANT   P  4880     00408           - $       1.89 $       3.23
   11/28/07    CASHLS CANT   P  4880     00404           - $       1.93 $       5.12
   11/26/07    IJP PAYROLL   P  4880     20071124IC01    + $       7.00 $       7.05
   11/23/07    CASHLS CANT   P  4880     00168           - $       0.97 $       0.05
   11/20/07    CASHLS CANT   P  4880     00577           - $       0.31 $       1.02
   11/20/07    CASHLS CANT   P  4880     00575           - $       3.21 $       1.33
   11/19/07    CASHLS CANT   P  4880     00794           - $       2.49 $       4.54

                                         F1=MAIN MENU    F3=SCREENS    F4=REPORTS
                                         F8=PGDN         F13=DEBTS     F14=HOLDS
ACTION: I=INQUIRY
```

08 0048
FILED
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
IB30  0  0452683                                          CR70376   12/05/07  14:59:38
    IBSS030                     TRUST FUND ACCOUNT              NC/DOC       PAGE 002
ACCT#: 0452683   NAME: WOODY, ANDRE L.                  TYPE: I - INMATE
FACL: 4880  CURR.BAL: $      0.95  CANTEEN LMT:   7.01 PER:      SALE: $   6.06
STATUS: A - ACTIVE   AS OF: 12/20/06    INDIGENT? N      TOTAL DEBT:     454.08
TOTAL HOLD AMOUNT:           0.00                    SPENDABLE BAL: $      0.95

ACT  DATE            TYPE    STA FACL        REF#      +/-    AMOUNT       BALANCE
 _  11/19/07    IJP PAYROLL  P  4880     20071117IC01  + $      7.00 $        7.03
 _  11/17/07    CASHLS CANT  P  4880     00221         - $      1.11 $        0.03
 _  11/16/07    CASHLS CANT  P  4880     00424         - $      2.25 $        1.14
 _  11/16/07    CASHLS CANT  P  4880     00310         - $      0.55 $        3.39
 _  11/14/07    CASHLS CANT  P  4880     00283         - $      1.36 $        3.94
 _  11/13/07    CASHLS CANT  P  4880     00684         - $      1.80 $        5.30
 _  11/12/07    IJP PAYROLL  P  4880     20071110IC01  + $      7.00 $        7.10
 _  11/11/07    CASHLS CANT  P  4880     00049         - $      0.69 $        0.10
 _  11/10/07    CASHLS CANT  P  4880     00221         - $      4.03 $        0.79
 _  11/08/07    CASHLS CANT  P  4880     00547         - $      2.25 $        4.82
 _  11/05/07    IJP PAYROLL  P  4880     20071103IC01  + $      7.00 $        7.07
 _  11/02/07    FILING FEE   P  4880     1102071229B   - $      0.92 $        0.07
 _  11/01/07    CASHLS CANT  P  4880     00300         - $      1.57 $        0.99

                                         F1=MAIN MENU   F3=SCREENS   F4=REPORTS
ACTION: I=INQUIRY                        F6=1ST PAGE  F8=PGDN  F13=DBTS  F14=HLDS
```

```
IB30 0 0452683                                                  CR70376   12/05/07 14:59:40
      IBSS030                        TRUST FUND ACCOUNT                NC/DOC      PAGE 003
ACCT#: 0452683   NAME: WOODY, ANDRE L.                    TYPE: I - INMATE
FACL: 4880   CURR.BAL: $      0.95   CANTEEN LMT:   7.01 PER:       SALE: $ 6.06
STATUS: A - ACTIVE   AS OF: 12/20/06   INDIGENT? N      TOTAL DEBT:      454.08
TOTAL HOLD AMOUNT:       0.00                       SPENDABLE BAL: $      0.95

ACT  DATE          TYPE      STA FACL      REF#       +/-    AMOUNT       BALANCE
_  10/30/07    CASHLS CANT  P  4880    00665          - $      4.45 $       2.56
_  10/29/07    IJP PAYROLL  P  4880    20071027IC01   + $      7.00 $       7.01
_  10/28/07    CASHLS CANT  P  4880    00024          - $      1.37 $       0.01
_  10/27/07    CASHLS CANT  P  4880    00200          - $      1.02 $       1.38
_  10/26/07    CASHLS CANT  P  4880    00390          - $      1.87 $       2.40
_  10/25/07    CASHLS CANT  P  4880    00337          - $     11.27 $       4.27
_  10/25/07    CASHLS CANT  P  4880    00088          - $     10.99 $      15.54
_  10/24/07    CASHLS CANT  P  4880    00555          - $      4.43 $      26.53
_  10/24/07    MONEY ORDER  P  4880    08750219092    + $     30.00 $      30.96
_  10/23/07    CASHLS CANT  P  4880    00524          - $      4.26 $       0.96
_  10/23/07    CASHLS CANT  P  4880    00095          - $      1.92 $       5.22
_  10/22/07    IJP PAYROLL  P  4880    20071020IC01   + $      7.00 $       7.14
_  10/18/07    CASHLS CANT  P  4880    00360          - $      8.11 $       0.14

                                       F1=MAIN MENU   F3=SCREENS   F4=REPORTS
ACTION: I=INQUIRY                      F6=1ST PAGE  F8=PGDN   F13=DBTS  F14=HLDS
```

```
ACCT#: 0452683    NAME: WOODY, ANDRE L.                    TYPE: I - INMATE
FACL: 4880   CURR.BAL: $      0.95   CANTEEN LMT:   7.01 PER:       SALE: $ 6.06
STATUS: A - ACTIVE    AS OF: 12/20/06    INDIGENT? N      TOTAL DEBT:     454.08
TOTAL HOLD AMOUNT:          0.00                        SPENDABLE BAL: $     0.95

ACT  DATE          TYPE     STA FACL        REF#      +/-    AMOUNT      BALANCE
_  10/18/07   CASHLS CANT   P  4880     00097        - $      8.29  $     8.25
_  10/18/07   CASHLS CANT   P  4880     00020        - $      0.59  $    16.54
_  10/17/07   CASHLS CANT   P  4880     00506        - $      3.87  $    17.13
_  10/15/07   IJP PAYROLL   P  4880     20071013IC01 + $      7.00  $    21.00
_  10/08/07   IJP PAYROLL   P  4880     20071006IC01 + $      7.00  $    14.00
_  10/01/07   IJP PAYROLL   P  4880     20070929IC01 + $      7.00  $     7.00
_  09/30/07   CASHLS CANT   P  4880     00121        - $      1.16  $     0.00
_  09/29/07   CASHLS CANT   P  4880     00180        - $      1.47  $     1.16
_  09/25/07   CASHLS CANT   P  4880     00557        - $      4.42  $     2.63
_  09/24/07   IJP PAYROLL   P  4880     20070922IC01 + $      7.00  $     7.05
_  09/23/07   CASHLS CANT   P  4880     00038        - $      2.08  $     0.05
_  09/22/07   CASHLS CANT   P  4880     00172        - $      3.56  $     2.13
_  09/22/07   CASHLS CANT   P  4880     00162        - $      9.21  $     5.69

                                        F1=MAIN MENU   F3=SCREENS   F4=REPORTS
ACTION: I=INQUIRY                       F6=1ST PAGE  F8=PGDN  F13=DBTS F14=HLDS
```

```
IB30 0 0452683                                        CB70376   12/05/07 14:59:42
     ·IBSS030                     TRUST FUND ACCOUNT             NC/DOC    PAGE 005
ACCT#: 0452683   NAME: WOODY, ANDRE L.              TYPE: I - INMATE
FACL: 4880  CURR.BAL: $       0.95  CANTEEN LMT:   7.01 PER:       SALE: $  6.06
STATUS: A - ACTIVE   AS OF: 12/20/06   INDIGENT? N      TOTAL DEBT:      454.08
TOTAL HOLD AMOUNT:         0.00                     SPENDABLE BAL: $     0.95

ACT  DATE            TYPE   STA FACL           REF#      +/-     AMOUNT      BALANCE
 _  09/21/07     CASHLS CANT  P 4880        00383        - $       2.16 $      14.90
 _  09/17/07     IJP PAYROLL  P 4880        20070915IC01 + $       7.00 $      17.06
 _  09/16/07     CASHLS CANT  P 4880        00027        - $       0.89 $      10.06
 _  09/10/07     IJP PAYROLL  P 4880        20070908IC01 + $       7.00 $      10.95
 _  09/10/07     CASHLS CANT  P 4880        00685        - $       1.11 $       3.95
 _  09/08/07     CASHLS CANT  P 4880        00251        - $       9.01 $       5.06
 _  09/03/07     IJP PAYROLL  P 4880        20070901IC01 + $       7.00 $      14.07
 _  08/27/07     IJP PAYROLL  P 4880        20070825IC01 + $       7.00 $       7.07
 _  08/26/07     CASHLS CANT  P 4880        00076        - $       0.91 $       0.07
 _  08/23/07     CASHLS CANT  P 4880        00509        - $       2.38 $       0.98
 _  08/22/07     CASHLS CANT  P 4880        00521        - $       5.29 $       3.36
 _  08/21/07     CASHLS CANT  P 4880        00110        - $       1.04 $       8.65
 _  08/20/07     IJP PAYROLL  P 4880        20070818IC01 + $       7.00 $       9.69

                                        F1=MAIN MENU   F3=SCREENS   F4=REPORTS
ACTION: I=INQUIRY                       F6=1ST PAGE F8=PGDN   F13=DBTS F14=HLDS
```

```
IB30 0 0452683                                      CR70376   12/05/07 14:59:42
   IBSS030                    TRUST FUND ACCOUNT              NC/DOC     PAGE 006
ACCT#: 0452683   NAME: WOODY, ANDRE L.              TYPE: I - INMATE
FACL: 4880   CURR.BAL: $      0.95   CANTEEN LMT:    7.01 PER:     SALE: $ 6.06
STATUS: A - ACTIVE    AS OF: 12/20/06    INDIGENT? N     TOTAL DEBT:     454.08
TOTAL HOLD AMOUNT:         0.00                      SPENDABLE BAL: $      0.95

ACT  DATE            TYPE    STA FACL         REF#       +/-    AMOUNT      BALANCE
  _  08/18/07     CASHLS CANT  P  4880      00357         - $     0.58 $      2.69
  _  08/18/07     CASHLS CANT  P  4880      00343         - $     1.29 $      3.27
  _  08/15/07     CASHLS CANT  P  4880      00508         - $     1.01 $      4.56
  _  08/13/07     COPAY WITHD  P  4880      0801071505I   - $     1.50 $      5.57
  _  08/13/07     IJP PAYROLL  P  4880      20070811IC01  + $     7.00 $      7.07
  _  08/12/07     CASHLS CANT  P  4880      00009         - $     0.48 $      0.07
  _  08/11/07     CASHLS CANT  P  4880      00241         - $     2.86 $      0.55
  _  08/07/07     CASHLS CANT  P  4880      00173         - $     0.10 $      3.41
  _  08/06/07     COPAY WITHD  P  4880      0801071505I   - $     3.50 $      3.51
  _  08/06/07     IJP PAYROLL  P  4880      20070804IC01  + $     7.00 $      7.01
  _  08/05/07     CASHLS CANT  P  4880      00067         - $     0.06 $      0.01
  _  08/03/07     CASHLS CANT  P  4880      00529         - $     0.89 $      0.07
  _  08/02/07     CASHLS CANT  P  4880      00465         - $     2.06 $      0.96

                                         F1=MAIN MENU  F3=SCREENS   F4=REPORTS
ACTION: I=INQUIRY                        F6=1ST PAGE F8=PGDN   F13=DBTS F14=HLDS
```

Case 1:08-cv-00048-UNA   Document 2   Filed 01/11/2008   Page 8 of 11

```
ACCT#: 0452683   NAME: WOODY, ANDRE L.              TYPE: I - INMATE
FACL: 4880   CURR.BAL: $       0.95   CANTEEN LMT:    7.01 PER:     SALE: $ 6.06
STATUS: A - ACTIVE   AS OF: 12/20/06   INDIGENT? N      TOTAL DEBT:      454.08
TOTAL HOLD AMOUNT:         0.00                    SPENDABLE BAL: $       0.95

ACT   DATE          TYPE       STA FACL       REF#      +/-    AMOUNT      BALANCE
   07/30/07   ADMIN. FEE     P  4880     0302071053A   - $      4.05 $       3.02
   07/30/07   IJP PAYROLL    P  4880     20070728IC01  + $      7.00 $       7.07
   07/26/07   CASHLS CANT    P  4880     00387         - $      0.45 $       0.07
   07/25/07   CASHLS CANT    P  4880     00360         - $      1.48 $       0.52
   07/23/07   ADMIN. FEE     P  4880     0302071053A   - $      5.02 $       2.00
   07/23/07   IJP PAYROLL    P  4880     20070721IC01  + $      7.00 $       7.02
   07/17/07   CASHLS CANT    P  4880     00688         - $      0.45 $       0.02
   07/17/07   CASHLS CANT    P  4880     00680         - $      1.53 $       0.47
   07/16/07   ADMIN. FEE     P  4880     0302071053A   - $      0.93 $       2.00
   07/16/07   ADMIN. FEE     P  4880     1206061313A   - $      4.08 $       2.93
   07/16/07   IJP PAYROLL    P  4880     20070714IC01  + $      7.00 $       7.01
   07/15/07   CASHLS CANT    P  4880     00071         - $      0.11 $       0.01
   07/11/07   CASHLS CANT    P  4880     00559         - $      0.82 $       0.12

                                         F1=MAIN MENU  F3=SCREENS  F4=REPORTS
ACTION: I=INQUIRY                        F6=1ST PAGE F8=PGDN  F13=DBTS F14=HLDS
```

ACCT#: 0452683   NAME: WOODY, ANDRE L.                   TYPE: I - INMATE
FACL: 4880   CURR.BAL: $      0.95   CANTEEN LMT:   7.01 PER:        SALE: $ 6.06
STATUS: A - ACTIVE   AS OF: 12/20/06   INDIGENT? N      TOTAL DEBT:      454.08
TOTAL HOLD AMOUNT:        0.00                     SPENDABLE BAL: $      0.95

```
ACT  DATE            TYPE       STA FACL        REF#       +/-    AMOUNT         BALANCE
_    07/09/07   CASHLS CANT   P 4880         00572        - $       1.06 $         0.94
_    07/09/07   ADMIN. FEE    P 4880         1206061313A  - $       5.00 $         2.00
_    07/09/07   IJP PAYROLL   P 4880         20070707IC01 + $       7.00 $         7.00
_    07/06/07   CASHLS CANT   P 4880         00154        - $       0.11 $         0.00
_    07/03/07   CASHLS CANT   P 4880         00352        - $       1.89 $         0.11
_    07/02/07   ADMIN. FEE    P 4880         1206061313A  - $       0.92 $         2.00
_    07/02/07   ADMIN. FEE    P 4880         1018061510A  - $       4.10 $         2.92
_    07/02/07   IJP PAYROLL   P 4880         20070630IC01 + $       7.00 $         7.02
_    06/28/07   CASHLS CANT   P 4880         00216        - $       1.16 $         0.02
_    06/26/07   CASHLS CANT   P 4880         00212        - $       0.41 $         1.18
_    06/26/07   CASHLS CANT   P 4880         00211        - $       0.41 $         1.59
_    06/25/07   ADMIN. FEE    P 4880         1018061510A  - $       3.23 $         2.00
_    06/25/07   COPAY WITHD   P 4880         0409071455I  - $       2.00 $         5.23
```

                                      F1=MAIN MENU  F3=SCREENS  F4=REPORTS
ACTION: I=INQUIRY                     F6=1ST PAGE F8=PGDN  F13=DBTS F14=HLDS

Case 1:08-cv-00048-UNA    Document 2    Filed 01/11/2008    Page 11 of 11

```
ACCT#: 0452683   NAME: WOODY, ANDRE L.                TYPE: I - INMATE
FACL: 4880   CURR.BAL: $        0.95   CANTEEN LMT:    7.01 PER:       SALE: $ 6.06
STATUS: A - ACTIVE    AS OF: 12/20/06    INDIGENT? N     TOTAL DEBT:       454.08
TOTAL HOLD AMOUNT:           0.00                        SPENDABLE BAL: $     0.95

ACT  DATE              TYPE      STA FACL      REF#      +/-   AMOUNT        BALANCE
     06/25/07     IJP PAYROLL    P  4880   20070623IC01  + $      7.00 $        7.23
_    06/25/07     CASHLS CANT    P  4880   00541         - $      1.77 $        0.23
_    06/18/07     ADMIN. FEE     P  4880   1018061510A   - $      1.00 $        2.00
_    06/18/07     COPAY WITHD    P  4880   0409071455I   - $      3.00 $        3.00
_    06/18/07     IJP PAYROLL    P  4880   20070616IC01  + $      6.00 $        6.00
_    12/20/06     TRANSFER IN    P  4880                 + $      0.00 $        0.00
_    12/20/06     TRANSFER OU    P  3305                 - $      0.00 $        0.00
_    11/22/06     CASHLS CANT    P  3305   00533         - $      0.07 $        0.00
_    10/27/06     CASHLS CANT    P  3305   00464         - $      0.79 $        0.07
_    10/23/06     CASHLS CANT    P  3305   00602         - $      1.14 $        0.86
_    10/23/06     ADMIN. FEE     P  3305   1018061510A   - $      0.80 $        2.00
_    10/23/06     IJP PAYROLL    P  3305   20061021IC01  + $      2.80 $        2.80
_    10/22/06     CASHLS CANT    P  3305   00162         - $      0.01 $        0.00

                                           F1=MAIN MENU   F3=SCREENS   F4=REPORTS
ACTION: I=INQUIRY                          F6=1ST PAGE  F8=PGDN  F13=DBTS  F14=HLDS
```