# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5026**  **September Term 2007**

08cv00048

**Filed On:** April 14, 2008

In re: Andre Lamar Woody,

    Petitioner

    **BEFORE:**    Sentelle, Chief Judge, and Henderson and Tatel, Circuit Judges

### O R D E R

Upon consideration of the petition for writ of mandamus, and the memorandum of law and fact in support thereof; and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The district court did not abuse its discretion in transferring petitioner's case to the United States District Court for the Eastern District of North Carolina, see In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam), where a substantial part of the alleged events and omissions giving rise to his claims occurred, see 28 U.S.C. § 1391. Furthermore, to the extent petitioner seeks an order directing the North Carolina Innocence Inquiry Commission to investigate the actual innocence claims of certain prisoners, he has not shown a "clear and indisputable right to the relief sought." See Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ Linda    Deputy Clerk